IN THE UNITED STATES DISTRICT OURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                                 :
SHAWN WOODWARD,              :      Civ. No. 23-445 (RMB)
                                                 :
          Plaintiff,           :
                                                 :      **MEMORANDUM ORDER**
     v.                         :
                                                 :
REVEREND PHILLIP HARDEN,  :
et al.,                                    :
                                                 :
          Defendants.   :
_____ :

      This matter comes before the Court *sua sponte* in this pro se prisoner civil rights action. On December 30, 2024 and January 13, 2025, Plaintiff's legal mail was returned to the Court as undeliverable. (Dkt. Nos. 64 and 65). Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

      Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

      **IT IS therefore on this 15th day of January, 2025**

      **ORDERED** that this case is dismissed without prejudice pursuant to Local Civil

Rule 10.1(a), and the Clerk shall close this matter; and it is further

**ORDERED** that Plaintiff may seek to reopen this matter if, within 30 days from the date of entry of this Order, he submits to the Clerk of Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey, 08101, a writing showing good cause why he did not timely apprise the Court of his new address; and it is further

**ORDERED** that the Clerk shall mail a copy of this Order and the accompanying Opinion to Plaintiff's last known address.

s/Renée Marie Bumb
RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE

2